B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MASCARI, JOHN, J. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>XXX-XX-4423 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>101Deer Valley Drive<br>Deer Park, Illinois<br><br>ZIP CODE 60010 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>LAKE COUNTY | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other
  Mail inserting business

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☑<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☑<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☑<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>MASCARI, JOHN, J. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District:   Northern District of Illinois | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): MASCARI, JOHN, J. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney) 2 -18 - 2011

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X  /s/ TIMOTHY S. NEWBOLD
_____
Signature of Attorney for Debtor(s)
TIMOTHY S. NEWBOLD
_____
Printed Name of Attorney for Debtor(s)
THE LAW OFFICE OF TIMOTHY S. NEWBOLD
_____
Firm Name
   211 WAUKEGAN ROAD, SUITE 105
_____
Address  NORTHFIELD, ILLINOIS  60093

   773-972-2215
_____
Telephone Number
08-12-2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re   MASCARI, JOHN, J.                     Case No._____
              Debtor                                            *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                    Page 2

❐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

❐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❐ Active military duty in a military combat zone.

❐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _2-18-2011_

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## __Northern__ District Of __Illinois__

In re MASCARI, JOHN, J. _____,
           Debtor

Case No. _____

Chapter ____7____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $445,357.00 | | |
| B - Personal Property | YES | 3 | $ 10,537.58 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 877,143.20 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 25 | | $ 4,416,008.75 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $5,402.20 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $5,390.00 |
| TOTAL | | 37 | $ 455,894.58 | $ 5,296,151.95 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

Northern_____ District Of Illinois_____

In re MASCARI, JOHN, J._____,       Case No. _____

                    Debtor                     Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**B6A (Official Form 6A) (12/07)**

In re _____MASCARI, JOHN, J._____,                    Case No. _____
             **Debtor**                                                                         **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Debtor's primary residence located at:<br><br>101 Deer Valley Drive<br>Deer Park, Illinois 60010 | Owner in tenancy by the entirety with Debtor's wife. | | $445,357.00 | $877,143.20 |
| | | Total► | $445,357.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _____MASCARI, JOHN, J._____ ,          Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | One checking account at Harris Bank. | | $100.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods and furnishings. | | $1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Necessary wearing apparel & shoes. | | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re _____MASCARI, JOHN, J._____,          Case No. _____
                              Debtor                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Personal IRA held at Edward Jones Investments. | | $8,437.58 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A -- Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re _____ MASCARI, JOHN, J. _____ ,        Case No. _____
                    **Debtor**                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

____0____ continuation sheets attached    Total➤     | $10,537.58 |

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re _____MASCARI, JOHN, J._____,          Case No. _____
                **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $136,875.
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Schedule A: Real Property 101 Deer Valley Drive Deer Park, Illinois  60010 | 735 ILCS 5/12-901 | $15,000.00 | $445,357.00 |
| Schedule B: Personal Property | | | |
| Harris Bank Checking Account | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Miscellaneous household goods and furnishings. | 735 ILCS 5/12-1001(b) | $1,500.00 | $1,500.00 |
| Necessary wearing apparel & shoes. | 735 ILCS 5/12-1001(a) | $500.00 | $500.00 |
| Edward Jones Investment IRA | 735 ILCS 5/12-1006 | $8,437.58 | $8,437.58 |
| TOTAL VALUE OF EXEMPTIONS CLAIMED: | | $25,537.58 | |

B6D (Official Form 6D) (12/07)

In re _____ MASCARI, JOHN, J. _____ ,    Case No. _____
                    **Debtor**                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    8670  Saxon Mortgage Services P.O. Box 54838 Los Angeles, CA 90054 | | | First mortgage on debtor's primary residence located at: 101 Deer Valley Drive, Deer Park, IL.  VALUE $ 445,357.00 | | | | $328,108.61 | ------------ |
| ACCOUNT NO.    3777  Itasca Bank & Trust Co. 308 W. Irving Park Road Itasca, IL  60143 | | | Second mortgage on debtor's primary residence located at: 101 Deer Valley Drive, Deer Park, IL.  VALUE $ 445,357.00 | | | | $49,034.59 | ------------ |
| ACCOUNT NO.  Labor Solutions, L.L.C. 729 Pinecrest Prospect Heights, IL  60070 | | | Lien on debtor's primary residence located at: 101 Deer Valley Drive, Deer Park, IL.  VALUE $ 445,357.00 | | | | $500,000.00 | 431,786.20 |
| 0  continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 877,143.20 | $ 431,786.20 |
| | | | Total ▶ (Use only on last page) | | | | $ 877,143.20 | $ 431,786.20 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re _____MASCARI, JOHN, J._____,                    Case No._____
       **Debtor**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

  A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

  Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

  Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re _____ MASCARI, JOHN, J. _____ ,      Case No._____
                        **Debtor**                                              **(if known)**

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              __0__  continuation sheets attached

B6F (Official Form 6F) (12/07)

Case 11-06387    Doc 1    Filed 02/18/11    Entered 02/18/11 14:01:48    Desc Main
In re _____MASCARI, JOHN, J._____    Document    Page 16 of 73    Case No. _____
            Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AA Service Co.<br>550 Anthony Trail<br>Northbrook, IL  60062 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $87.00 |
| ACCOUNT NO.  5665<br>Absolute Collection Service<br>421 Fayetteville Street<br>Suite 600<br>Raleigh, NC  27601 | | | Assignee or other notification for Goldsboro Emergency Medical Specialists. | | | | $89.07 |
| ACCOUNT NO.  6950<br>Acme Scale<br>1100 N. Villa Ave.<br>Villa Park, IL  60181 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $618.00 |
| ACCOUNT NO.  unknown<br>ADT Security, Inc.<br>2250 W. Pinehurst Blvd.<br>Suite 100<br>Addison, IL  60101 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $19,117.45 |
| | | | | | Subtotal▶ | | $ 19,911.52 |

_24_ continuation sheets attached

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re MASCARI, JOHN, J. _____, Case No. _____
          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2237<br><br>Allegra Print & Imaging<br>859 Oakton Street<br>Elk Grove Village, IL 60007 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,659.00 |
| ACCOUNT NO. 2911<br><br>Allied Packing Systems & Supplies<br>P.O. Box 1100<br>Melrose Park, IL 60160 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $4,501.29 |
| ACCOUNT NO. 1003<br><br>American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $4,802.29 |
| ACCOUNT NO. 0883/3001/2006/5009<br><br>American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096 | | | Personal credit card debt. | | | | $114,400.18 |
| ACCOUNT NO.<br><br>American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | | | Other notification for American Express. | | | | -------------- |

Sheet no. 1 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 125,362.76

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ MASCARI, JOHN, J. _____ ,    Case No. _____
                    **Debtor**                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Amflex Packaging Corp.<br>3350 Main Street<br>Skokie, IL 60076 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $75.90 |
| ACCOUNT NO.    3JMM<br><br>Andrews Paperboard, Inc.<br>1200 Pratt Blvd.<br>Elk Grove Village, IL 60007 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $83.75 |
| ACCOUNT NO.    0376<br><br>Arpac Group<br>9511 W. River Street<br>Schiller Park, IL 60176 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $638.59 |
| ACCOUNT NO.<br><br>ASI Security, Inc.<br>9S086 S. Frontenac Road<br>Aurora, IL 60504 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | 562.50 |
| ACCOUNT NO.    9680<br><br>AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $479.97 |

Sheet no. 2 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 1,840.71

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ MASCARI, JOHN, J. _____, Case No. _____
   **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Avero Packaging Corp.<br>888 E. Belvidere Road<br>Unit 20<br>Grayslake, IL  60030 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $256.98 |
| ACCOUNT NO.<br><br>Balers, Inc.<br>5104 Thatcher Road<br>Downer's Grove, IL  60515 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $500.00 |
| ACCOUNT NO.<br><br>bank-serv PARTNERS, LLC<br>704 Adams Street, Suite A<br>Carmel, IN  46032 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability.<br><br>SBA Loan for Post Press Production, Inc. | | | | $1,186,081.11 |
| ACCOUNT NO.<br><br>BBB Funding, L.L.C.<br>233 S. Wacker Drive<br>Chicago, IL  60606 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | listed above |
| ACCOUNT NO.<br><br>BBH Financial Services<br>995 Dalton Avenue<br>Cincinnati, OH  45203 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $191,743.02 |

Sheet no. 3 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 1,186,838.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ MASCARI, JOHN, J. _____,    Case No. _____
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BCC Software<br>39093 Treasury Center<br>Chicago, IL 60694 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $207.19 |
| ACCOUNT NO.<br><br>Benson International<br>P.O. Box 15175<br>Newark, MJ 07192-5175 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $510.60 |
| ACCOUNT NO.<br><br>B-N-E Plastic Products, Inc.<br>205 Collie Road<br>Calhoun, LA 71225 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $989.17 |
| ACCOUNT NO.    3014<br><br>Borst & Collins, L.L.C.<br>Attorneys at Law<br>180 N. Stetson Ave., Suite 3050<br>Chicago, IL 60601 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability.<br><br>Other notification for ADT Security | | | | ------------------ |
| ACCOUNT NO.    1025<br><br>Bowe Bell Howell<br>P.O. Box 71297<br>Chicago, IL 60694 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $4,447.48 |

Sheet no. _4_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 6,154.43

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ MASCARI, JOHN, J. _____,    Case No. _____
        **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bruce W. Craig, Chuhak & Tecson, P.C.<br>30 S. Wacker Drive, Suite 2600<br>Chicago, Illinois 60606 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | |
| ACCOUNT NO.    1529<br><br>Canon Financial Services, Inc.<br>P.O. Box 4004<br>Carol Stream, Illinois 60197 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $21,640.50 |
| ACCOUNT NO.<br><br>Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability.<br><br>Debt incurred through corporate lease on Canon Laser Machines. | | | | $170,000.00 |
| ACCOUNT NO. 3983 &3159<br><br>Canon Business Solutions - Central, Inc.<br>15004 Collections Center Drive<br>Chicago, IL 60693 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $12,804.82 |
| ACCOUNT NO.    0220<br><br>Chicago Tribune<br>14889 Collections Center Drive<br>Chicago, IL 60693 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,300.00 |

Sheet no. 5 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 205,745.32

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re MASCARI, JOHN, J. _____ ,    Case No. _____
        **Debtor**                                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3235 <br><br> Children's Physician Group, PC <br> P.O. Box 13367 <br> Milwaukee, WI 53213 | | | Medical bills/expenses. | | | | $60.00 |
| ACCOUNT NO. 7043 <br><br> CINTAS #769 <br> 1201 W. St. Charles Road <br> Maywood, IL 60153 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $469.54 |
| ACCOUNT NO. <br><br> Combined Fluid Products Co. <br> 805 Oakwood Road <br> Lake Zurich, IL 60047 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $304.09 |
| ACCOUNT NO. 3898 <br><br> Command Center <br> P.O. Box 951753 <br> Dallas, TX 75395 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $15,439.56 |
| ACCOUNT NO. 5983 <br><br> Commonwealth Medical Labs <br> 4228 Aiken Drive <br> Warrenton, VA 20187 | | | Medical bills/expenses. | | | | $20.00 |

Sheet no. 6 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 16,293.19

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   MASCARI, JOHN, J.         ,        Case No. _____
        **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3868<br>Controlled Systems Corp.<br>28835 N. Herky Drive<br>Lake Bluff, IL 60044 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $2,750.00 |
| ACCOUNT NO. 3892<br>Dahlgren Buckley Dement<br>7224 W. 60th Street<br>Summit, IL 60501 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $7,170.26 |
| ACCOUNT NO. 0087<br>Data Intelligence Group<br>106 Mission Court<br>Franklin, TN 37067 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $593.25 |
| ACCOUNT NO. 9401<br>Deluxe Business Checks<br>P.O. Box 742572<br>Cincinnati, OH 45274 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $131.86 |
| ACCOUNT NO. 5292<br>Domestic Uniform Rental<br>4131 N. Ravenswood<br>Chicago, IL 60613 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $718.32 |

Sheet no. 7 of 24 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 11,363.69

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.

In re    MASCARI, JOHN, J.    ,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   6318<br><br>Eastman Kodak<br>1778 Solution Center<br>Chicago, IL 60677 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $812.40 |
| ACCOUNT NO.   5520<br><br>eDoc Communications<br>P.O. Box 5977<br>Dept. 20-3022<br>Carol Stream, IL 60197 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $11,477.55 |
| ACCOUNT NO.   3121<br><br>Environmental Futures<br>2210 W. Irving Park Road<br>Chicago, IL 60618 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $405.00 |
| ACCOUNT NO.   128-9<br><br>FedEx<br>P.O. Box 94515<br>Palatine, IL 60094 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $47.07 |
| ACCOUNT NO.   SINC<br><br>Frama Building Products<br>1105 W. National Ave.<br>Addison, IL 60101 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $625.32 |

Sheet no. _8_ of _24_ continuation sheets attached                                    Subtotal➤  | $ 13,367.34
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                    Total➤  | $
                    (Use only on last page of the completed Schedule F.)
                (Report also on Summary of Schedules and, if applicable on the Statistical
                        Summary of Certain Liabilities and Related Data.)

In re    __MASCARI, JOHN, J.__   ,       Case No. _____
           **Debtor**                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Gateway Bookbinding Systems, Ltd. <br> P.O. Box 0559 <br> Pembina, ND 58271 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $63.45 |
| ACCOUNT NO. 6479 <br> General Binding Corp. <br> P.O. Box 71361 <br> Chicago, IL 60694 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $15,521.34 |
| ACCOUNT NO. 5209 <br> Genrty Manufacturing <br> 85-3 Air Park Drive <br> Ronkonkoma, NY 11779 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $1,645.17 |
| ACCOUNT NO. 4203 <br> Goldsboro Emergency Medical S.P. <br> P.O. Box Drawer "K" <br> Goldsboro, NC 27533 | | | Medical expenses/serivces. | | | | $89.07 |
| ACCOUNT NO. 3-000 <br> Graybar Financial Services, LLC <br> 22442 Network Place <br> Chicago, IL 60673 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $309.52 |

Sheet no. _9_ of _24_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal➤ | $ 17,628.55

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re ___MASCARI, JOHN, J.___, Case No. _____

Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3-001<br>Groot Recycling & Waste<br>2500 Landmeier Road<br>Elk Grove Village, IL 60007 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $161.99 |
| ACCOUNT NO. MSER<br>Hamilton Partners<br>300 Park Blvd.<br>Suite 500<br>Elk Grove, IL 60143 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $1,110.00 |
| ACCOUNT NO. 0016 & 4202<br>Industrial Staffing<br>2955 Eagle Way<br>Chicago, IL 60678 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $705,372.24 |
| ACCOUNT NO. 8935<br>Jorson & Carlson, Inc.<br>1501 Pratt Blvd.<br>P.O. Box 796<br>Elk Grove Village, IL 60007 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $362.50 |
| ACCOUNT NO. S 001<br>Komatsu Forklift of Chicago<br>P.O. Box 30279<br>Los Angeles, CA 90030 | | | Possible personal guarantee/liability on Post Press Production, Inc. corporate liability. | | | | $8,819.46 |

Sheet no. _10_ of _24_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 715,826.19

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  MASCARI, JOHN, J. _____,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4038<br><br>Kugler-Womako<br>P.O. Box 13317<br>Newark, NJ  07101 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $322.97 |
| ACCOUNT NO.  2121<br><br>Labor Solutions, L.L.C.<br>729 Pinecrest<br>Prospect Heights, IL  60070 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $910,284.78 |
| ACCOUNT NO.  2121<br><br>Gould & Ratner, L.L.P.<br>Attn: Mark D. Brookstein<br>222 N. LaSalle St., Suite 800<br>Chicago, IL  60601 | | | Notification purposes for Labor Solutions, L.L.C. | | | | listed above |
| ACCOUNT NO.  7244<br><br>Lamento Mailing Systems, Inc.<br>3219 N. Prospect<br>Superior Township, MI  48198 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $386.52 |
| ACCOUNT NO.  7309<br><br>Lechner & Sons<br>420 Kingston Court<br>Mt. Prospect, IL  60056 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,284.25 |

Sheet no. _11_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 912,278.52

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____MASCARI, JOHN, J._____,    Case No. _____
          **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    140.87<br><br>Lloyd Machinery, Ltd.<br>P.O. Box 390<br>165 Huguenot Street<br>New Rochelle, NY 10802 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $316.55 |
| ACCOUNT NO.    6489<br><br>Marlin Leasing<br>203 N. LaSalle Street, Suite 2310<br>Chicago, IL 60601 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | unknown |
| ACCOUNT NO.    8113<br><br>Mastermans<br>P.O. Box 411<br>11 C Street<br>Auburn, MA 01501 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $25.08 |
| ACCOUNT NO.    0916<br><br>MBO America<br>400 Highland Drive<br>Westampton, NJ 08060 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $422.50 |
| ACCOUNT NO.    8001<br><br>Medical Business Bureau<br>140 Renaissance Drive<br>Park Ridge, IL 60068 | | | Medical services/expenses. Assignee or other notification for Elmhurst Anesthesia. | | | | $335.00 |

Sheet no. _12_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 1,099.13

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.

In re    MASCARI, JOHN, J.    ,          Case No. _____
                 **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    3120<br><br>Meltzer, Purtill & Stelle, LLC<br>1515 E. Woodfield Road<br>Suite 250<br>Schaumburg, IL 60173 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $25,206.25 |
| ACCOUNT NO.<br><br>Metropolitan Fiber<br>660 W. Grand Ave.<br>Chicago, IL 60610 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $60.00 |
| ACCOUNT NO.    671-9<br><br>Nicor Gas 16-87-70-5671-9<br>P.O. Box 0632<br>Aurora, IL 60507 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $24,190.88 |
| ACCOUNT NO.    006-6<br><br>Nicor Gas 48-50-39-3006-6<br>P.O. Box 0632<br>Aurora, IL 60507 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $24,911.67 |
| ACCOUNT NO. S002/5280/4440<br><br>Norpak, LLC<br>3830 Commerce Drive<br>St. Charles, IL 60174 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $10,291.39 |

Sheet no. _13_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 84,660.19

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    MASCARI, JOHN, J.        ,                    Case No. _____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    8602 <br> North American <br> 2101 Claire Court <br> Glenview, IL 60025 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $372.78 |
| ACCOUNT NO.    2998 <br> OCE <br> P.O. Box 856193 <br> Louisville, KY 40285 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,604.26 |
| ACCOUNT NO.    7059 <br> Oak Trust Credit Union <br> P.O. Box 5051 <br> Villa Park, IL 60181 | | | Credit account/charge account. | | | | $10,000.00 |
| ACCOUNT NO.    7884/0379 <br> Pack Smart <br> 775 W. Belden Ave <br> Suite F <br> Addison, IL 60101 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,036.36 |
| ACCOUNT NO.    7144 <br> Peak Business Equipment <br> 12882 Pennridge Drive <br> Bridgeton, MO 63044 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,419.17 |

Sheet no. 14 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 14,432.57

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____MASCARI, JOHN, J._____,    Case No. _____
             Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    715.0<br>Pediatric Specialists of the Northwest M.D.S.C.<br>5057 Shoreline Road<br>Lake Barrington, IL 60010 | | | Medical services/expenses. | | | | $130.00 |
| ACCOUNT NO.<br>Pemco<br>3333 Crocker Ave.<br>P.O. Box 1146<br>Sheboygan, WI 53082 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $113.52 |
| ACCOUNT NO.    5534<br>Personnel Concepts<br>P.O. Box 5750<br>Carol Stream, IL 60197 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $25.60 |
| ACCOUNT NO.    0531<br>PII<br>70 E. Lake Street<br>Suite 540<br>Chicago, IL 60601 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,018.50 |
| ACCOUNT NO. 5-86-1 / 7-86-0<br>Pitney Bowes Global Financial Services, LLC<br>P.O. Box 856460<br>Louisville, KY 40285 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $2,010.15 |

Sheet no. _15_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 3,297.77

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re MASCARI, JOHN, J. _____, Case No. _____
             **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2240<br>Pitney Bowes Global Financial Services, LLC<br>P.O. Box 856390<br>Louisville, KY 40285 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $14,278.09 |
| ACCOUNT NO.<br>Pitney Bowes Global Financial Services, LLC<br>P.O. Box 856193<br>Louisville, KY 40285 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $275,000.00 |
| ACCOUNT NO.<br>Pitney Bowes Global Financial Services, LLC<br>1313 N. Atlantic Street, Floor 3<br>Spokane, WA 99201 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability.<br><br>Other notification purposes. | | | | |
| ACCOUNT NO. 3865<br>Pitney Bowes, Postage by Phone<br>P.O. Box 856042<br>Louisville, KY 40285 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $886.63 |
| ACCOUNT NO.<br>Pitney Bowes, Inc.<br>37 Executive Drive<br>Danbury, CT 06810 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability.<br><br>Other notification purposes. | | | | |

Sheet no. _16_ of _24_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 290,164.72

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.

In re _____ MASCARI, JOHN, J. _____,  Case No. _____
                  **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PNCEF, LLC <br> c/o Robbins, Salomon & Patt <br> 25 E. Washington, Suite 100 <br> Chicago, IL 60602 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. <br> Circuit Court of Cook County Case No.2010 L 009866. | | | | $214,637.00 |
| ACCOUNT NO. 5958 <br> Prime Telecommunications <br> 5520 W. Touhy <br> Suite N <br> Skokie, IL 60077 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,172.75 |
| ACCOUNT NO. <br> Printing Industries of America <br> 200 Deer Run Road <br> Sewickley, PA 15143 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $300.00 |
| ACCOUNT NO. SPRO <br> PVC Spiral Supply <br> 123 E. 45th Street <br> Boise, ID 83714 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $3,923.62 |
| ACCOUNT NO. <br> Raymond Leasing Corporation <br> South Canal Street <br> P.O. Box 130 <br> Greene, NY 13778 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $15,000.00 |

Sheet no. 17 of 24 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 235,033.70

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.

In re _____ MASCARI, JOHN, J. _____,  Case No. _____
Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **SPRE**<br>Remcal Products<br>2068 Bunnell Road<br>Warrington, PA 18976 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $144.70 |
| ACCOUNT NO.  **4272**<br>Renz America Corp.<br>98 Almgren Drive<br>Agawam, MA 01001 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,064.90 |
| ACCOUNT NO.  **0967**<br>R.J. Augustine<br>999 Plaza Drive<br>Suite 650<br>Schaumburg, IL 60173 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $5,725.00 |
| ACCOUNT NO.<br>Rob Ferrari<br>507 Claire Lane<br>Prospect Heights, IL 60070 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $5,772.00 |
| ACCOUNT NO.  **2681**<br>Rose Exterminator<br>19 W. 050 North Ave.<br>Lombard, IL 60148 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $230.00 |

Sheet no. _18_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 12,936.60

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.

In re ___MASCARI, JOHN, J.___,    Case No. _____
              **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Schirott & Luetkehans, P.C.<br>Attn: Bruce E. Garner<br>105 E. Irving Park Road<br>Itasca, IL 60143 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability.<br>Other notification for Hamilton Partners/Elk Grove Village Industrial 20, LLC. | | | | $427,820.92 |
| ACCOUNT NO.    0700<br><br>Scott Office Systems, LLC<br>General Post Office<br>P.O. Box 27474<br>New York, NY 10087 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $55.97 |
| ACCOUNT NO.    JMM<br><br>Sears & Anderson Fire Ext. Serv.<br>245 Eric Drive<br>Palatine, IL 60067 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $123.27 |
| ACCOUNT NO.    0189<br><br>Sharon R. Osterberg, LLC<br>10310 Fox Bluff Lane<br>Spring Grove, IL 60081 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $60.00 |
| ACCOUNT NO.    1202<br><br>Sommers Construction<br>15N030 Walker Road<br>Hampshire, IL 60140 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,500.00 |

Sheet no. _19_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 429,560.16

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re     **MASCARI, JOHN, J.**    ,       Case No. _____
           **Debtor**                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   3968 <br><br> Staffing Network <br> 3347 Eagle Way <br> Chicago, IL 60678 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $44,886.05 |
| ACCOUNT NO.   1016 <br><br> State Securities, PLC <br> Grange Drive, Hedge End <br> Southampton, SO30 2AF, United Kingdom | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $316.50 |
| ACCOUNT NO.   0924 <br><br> SunLife Financial <br> P.O. Box 7247-0381 <br> Philadelphia, PA 19170 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $3,748.14 |
| ACCOUNT NO.   7799 <br><br> TCB Mailing <br> 1371 Howard Street <br> Elk Grove, IL 60007 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $2,268.10 |
| ACCOUNT NO. <br><br> The DigiCard Service Group, Inc. <br> 51 Nassau Lane <br> Island Park, NY 11158 | | | Potential personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $90.00 |

Sheet no. _20_ of _24_ continuation sheets attached                            Subtotal➤   $ 51,308.79
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                         Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re MASCARI, JOHN, J. _____ ,  Case No. _____
                  **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Law Offices of Howard C. Sobel<br>Attn: Howard Sobel<br>507 Kresson Road, P.O. Box 1525<br>Voorhees, NJ  08043 | | | Other notification for Canon Financial Services. | | | | listed above |
| ACCOUNT NO.    9054<br>The Royal Group<br>2318 Paysphere Circle<br>Chicago, IL  60674 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $6,009.22 |
| ACCOUNT NO.<br>Thompson Direct<br>2397 Von Esch Road<br>Unit K<br>Plainfield, IL  60586 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $59.99 |
| ACCOUNT NO.<br>Time Payment Corp.<br>10-M Commerce Way<br>Woburn, MA  01801 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $40,000.00 |
| ACCOUNT NO.<br>Time Payment Corp.<br>c/o CCA<br>2600 Central Ave., Suite N<br>Union City, CA  94587 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | ------------------ |

Sheet no. _21_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 46,069.21

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re ___MASCARI, JOHN, J.___,    Case No. _____
            **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  P3-37<br>Timely Courier<br>2301 Arthur Ave.<br>Suite 100<br>Elk Grove Village, IL 60007 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $162.63 |
| ACCOUNT NO.  OS01<br>Tobe Direct<br>9700 Park Plaza Ave.<br>Suite 210<br>Louisville, KY 40241 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $548.98 |
| ACCOUNT NO.<br>Tompkins Printing<br>5050 N. Rose Street<br>Schiller Park, IL 60176 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $317.86 |
| ACCOUNT NO.  5968<br>Uline<br>Attn: Account Receivable<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $3,454.10 |
| ACCOUNT NO.<br>U.S. Small Business Administration (SBA)<br>Attn: Bankruptcy Notification Dept., 6501<br>Sylvan Road, 2nd Floor<br>Citrus Heights, CA 95610 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | listed above |

Sheet no. _22_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 4,483.57

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) Cont.

In re ___MASCARI, JOHN, J.___, Case No. _____
             **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5347<br><br>Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA 18002 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $1,886.71 |
| ACCOUNT NO.<br><br>Verizon Wireless<br>P.O. Box 26055<br>Minneapolis, MN 55426 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability.<br><br>Other notification for Verizon Wireless. | | | | |
| ACCOUNT NO. 2447<br><br>Village of Bensenville<br>700 W. Irving Park Road<br>Bensenville, IL 60106 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $360.50 |
| ACCOUNT NO. 2447<br><br>Village of Bensenville<br>Dept. of Water<br>12 S. Center St.<br>Bensenville, IL 60106 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $236.68 |
| ACCOUNT NO. 0925<br><br>Village of Elk Grove<br>901 Wellington Ave.<br>Elk Grove Village, IL 60007 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $501.03 |

Sheet no. _23_of_24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 2,984.92

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    MASCARI, JOHN, J.    ,                 Case No. _____
                 Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    4945<br><br>Wayne Memorial Hospital<br>P.O. Box 8001<br>Goldsboro, NC 27533 | | | Medical services/expenses. | | | | $461.74 |
| ACCOUNT NO.    9468<br><br>Wilson Delivery<br>P.O. Box 507<br>Bensenville, IL 60106 | | | Possible personal guarantee/liability for Post Press Production, Inc. corporate liability. | | | | $6,905.46 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _24_ of _24_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 7,367.20

Total➤ $ 4,416,008.75
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re _____MASCARI, JOHN, J._____ ,          Case No._____
       **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**In Re: MASCARI, JOHN, J.**                    **Case No.**

## SCHEDULE H – CO DEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the non-debtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a co-debtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name & Address of Co-Debtor | Name& Address of Creditor |
|---|---|
| John M. Mascari<br>Geneva National Condo.  No. 15, Unit 15/16<br>1221 Geneva National Avenue South<br>Lake Geneva, WI  53147 | Labor Solutions, L.L.C.<br>c/o Mark D. Brookstein, Gould & Ratner, L.L.P.<br>222 N. LaSalle Street, Suite 800<br>Chicago, Illinois  60601<br><br>Labor Solutions, L.L.C.<br>729 Pinecrest<br>Prospect Heights, IL  60070 |
| Steven J. Olandese<br>1046 Adler Lane<br>Carol Stream, IL  60188 | Labor Solutions, L.L.C.<br>c/o Mark D. Brookstein, Gould & Ratner, L.L.P.<br>222 N. LaSalle Street, Suite 800<br>Chicago, Illinois  60601<br><br>Labor Solutions, L.L.C.<br>729 Pinecrest<br>Prospect Heights, IL  60070 |
| Joseph C. Manna<br>1046 Adler Lane<br>Carol Stream, Illinois  60188 | Labor Solutions, L.L.C.<br>c/o Mark D. Brookstein, Gould & Ratner, L.L.P.<br>222 N. LaSalle Street, Suite 800<br>Chicago, Illinois  60601<br><br>Labor Solutions, L.L.C.<br>729 Pinecrest<br>Prospect Heights, IL  60070 |
| Post Press Production, Inc.<br>2601 Lively Blvd.<br>Elk Grove Village, IL  60007 | Labor Solutions, L.L.C.<br>c/o Mark D. Brookstein, Gould & Ratner, L.L.P.<br>222 N. LaSalle Street, Suite 800<br>Chicago, Illinois  60601<br><br>Labor Solutions, L.L.C.<br>729 Pinecrest<br>Prospect Heights, IL  60070 |
| Post Press Production, Inc.<br>2601 Lively Blvd.<br>Elk Grove Village, IL  60007 | Canon Financial Services, Inc.<br>P.O. Box 4004<br>Carol Stream, Illinois  60197 |

| | |
|---|---|
| Joseph C. Manna<br>1046 Adler Lane<br>Carol Stream, Illinois 60188<br><br>Steven J. Olandese<br>1046 Adler Lane<br>Carol Stream, Illinois 60188<br><br>John M. Mascari<br>Geneva National Condo. No. 15, Unit 15/16<br>1221 Geneva National Avenue South<br>Lake Geneva, WI 53147 | |
| Post Press Production, Inc.<br>2601 Lively Blvd.<br>Elk Grove Village, IL 60007<br><br>Joseph C. Manna<br>1046 Adler Lane<br>Carol Stream, Illinois 60188<br><br>Steven J. Olandese<br>1046 Adler Lane<br>Carol Stream, Illinois 60188<br><br>John M. Mascari<br>Geneva National Condo. No. 15, Unit 15/16<br>1221 Geneva National Avenue South<br>Lake Geneva, WI 53147 | bank-serv PARTNERS, LLC<br>704 Adams Street, Suite A<br>Carmel, IN 46032<br><br>BBB Funding, L.L.C.<br>233 S. Wacker Drive<br>Chicago, IL 60606<br><br>U.S. Small Business Administration (SBA)<br>Attn: Bankruptcy Notification Dept.<br>6501 Sylvan Road, 2nd Floor<br>Citrus Heights, CA 95610 |
| Post Press Production, Inc.<br>2601 Lively Blvd.<br>Elk Grove Village, IL 60007<br><br>Joseph C. Manna<br>1046 Adler Lane<br>Carol Stream, Illinois 60188<br><br>Steven J. Olandese<br>1046 Adler Lane<br>Carol Stream, Illinois 60188<br><br>John M. Mascari<br>Geneva National Condo. No. 15, Unit 15/16<br>1221 Geneva National Avenue South<br>Lake Geneva, WI 53147 | BBH Financial Services<br>995 Dalton Avenue<br>Cincinnati, OH 45203 |
| Post Press Production, Inc.<br>2601 Lively Blvd. | Pitney Bowes Global Financial Services, LLC<br>P.O. Box 856460 |

| | |
|---|---|
| Elk Grove Village, IL  60007<br><br>Joseph C. Manna<br>1046 Adler Lane<br>Carol Stream, Illinois  60188<br><br>Steven J. Olandese<br>1046 Adler Lane<br>Carol Stream, Illinois  60188<br><br>John M. Mascari<br>Geneva National Condo.  No. 15, Unit 15/16<br>1221 Geneva National Avenue South<br>Lake Geneva, WI  53147 | Louisville, KY  40285 |
| Post Press Production, Inc.<br>2601 Lively Blvd.<br>Elk Grove Village, IL  60007<br><br>Steven J. Olandese<br>1046 Adler Lane<br>Carol Stream, Illinois  60188<br><br>Joseph C. Manna<br>1046 Adler Lane<br>Carol Stream, Illinois  60188 | Time Payment Corp.<br>10-M Commerce Way<br>Woburn, MA  01801 |
| Post Press Production, Inc.<br>2601 Lively Blvd.<br>Elk Grove Village, IL  60007 | Raymond Leasing Corporation<br>South Canal Street<br>Greene, NY  13778 |
| | |

B6I (Official Form 6I) (12/07)

In re _____MASCARI, JOHN, J._____ ,         Case No. _____
　　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: M | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): 2 minor aged children. | AGE(S): 4, 7. |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Business Manager | Unemployed |
| Name of Employer | Specialty Bindings, Inc. | |
| How long employed | 3 years | |
| Address of Employer | 1100 Touhy Ave. Elk Grove, Illinois 60007 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | $8,000.00 | $0.00 |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $8,000.00 | $0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $1,368.00 | $0.00 |
|   b. Insurance | $1,229.80 | $0.00 |
|   c. Union dues | $0.00 | $0.00 |
|   d. Other (Specify): _____ | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $2,597.80 | $0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $5,402.20 | $0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): _____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | $0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $5,402.20 | $0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $5,402.20 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6J (Official Form 6J) (12/07)**

In re ___MASCARI, JOHN, J.___ ,        Case No. _____
          **Debtor**                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $2,200.00 |
| a. Are real estate taxes included? Yes ___ No ✓ | |
| b. Is property insurance included? Yes ___ No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $220.00 |
| b. Water and sewer | $50.00 |
| c. Telephone | $60.00 |
| d. Other ___Cable / Internet___ | $35.00 |
| 3. Home maintenance (repairs and upkeep) | $50.00 |
| 4. Food | $600.00 |
| 5. Clothing | $35.00 |
| 6. Laundry and dry cleaning | $35.00 |
| 7. Medical and dental expenses | $60.00 |
| 8. Transportation (not including car payments) | $750.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $65.00 |
| 10. Charitable contributions | $80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $100.00 |
| b. Life | $0.00 |
| c. Health | $0.00 |
| d. Auto | $50.00 |
| e. Other ___ | $0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) ___Property Taxes___ | $1,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $0.00 |
| b. Other ___ | $0.00 |
| c. Other ___ | $0.00 |
| 14. Alimony, maintenance, and support paid to others | $0.00 |
| 15. Payments for support of additional dependents not living at your home | $0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| 17. Other ___ | $0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $5,390.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $5,402.20 |
| b. Average monthly expenses from Line 18 above | $5,390.00 |
| c. Monthly net income (a. minus b.) | $12.20 |

In re _____ MASCARI, JOHN, J. _____    Case No. _____
                     Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _39_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __*2-18-2011*__                         Signature _____
                                                                    Debtor

Date _____                     Signature _____
                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,               Social Security No.
of Bankruptcy Petition Preparer                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

X _____      _____
   Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                              Signature: _____

                                         _____
                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT

_____**Northern**_____    **DISTRICT OF** _____**Illinois**_____

In re:____ **MASCARI, JOHN, J.**_____,          Case No. _____
Debtor                                                                         (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

_DEFINITIONS_

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $111,114.00 | 2008 AGI taken from Debtor's Federal Tax Return |
| $44,466.00 | 2009 AGI taken from Debtor's Federal Tax Return |
| $72,000.00 | Approximated Debtors' 2010 AGI |

2

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

SEE ATTACHED

---

None
   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

4

**6.   Assignments and receiverships**

None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.   Gifts**

None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None


List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| The Law Office of Timothy S. Newbold<br>211 Waukegan Road, Suite 105<br>Northfield, Illinois 60093 | September 2010<br>November 2010 | $1,000.00<br>$800.00 |

**10.   Other transfers**

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.   Closed financial accounts**

None
☑ 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None 

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in

8

which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

SEE ATTACHED

None 

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None 

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                         DATES SERVICES RENDERED

None 

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

9

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

      NAME                            ADDRESS

---

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

      NAME AND ADDRESS            DATE ISSUED

---

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

---

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

---

**21. Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

---

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None

a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None

b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|--------|--------|--------|

**24. Tax Consolidation Group.**

None

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __2 -18 - 2011__          Signature
                                            of Debtor

Date _____          Signature _____
                                            of Joint Debtor
                                            (if any)

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature

_____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

__2__ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

United States Bankruptcy Court
Northern District of Illinois
Eastern Division

In Re:      MASCARI, JOHN, J.

            (Debtor)                                    Case No.

## STATEMENT OF FINANCIAL AFFAIRS - CONTINUATION SHEET

**4a.   Suits and administrative proceedings, executions, garnishments & attachments.**

| Parties / Case No. | Nature of Proceeding | Court Location | Status |
|---|---|---|---|
| American Express v. John J. Mascari<br><br>Case No. 2010 M2 001908 | Debt Collection. | Circuit Court of Cook County, Illinois | Pending. |
| American Express v. John J. Mascari<br><br>Case No. 08-AR-1066 | Debt Collection. | Circuit Court of Lake County, Illinois | Pending. |
| Labor Solutions, LLC., v. Post Press Production, Inc., John M. Mascari, John J. Mascari, Steven J. Olandese & Joseph C. Manna.<br><br>Case No. 10 L 000068 | Breach of Contract, Debt Collection. | Circuit Court of Cook County, Illinois. | Dismissed w/ leave to re-file. |
| Canon Financial Services, Inc. v. Post Press Production, Inc., John Mascari, Sr., John Mascari, Jr., & Joseph C. Manna.<br><br>Case No. BUR-L-000941-10 | Breach of Contract, Debt Collection. | Superior Court of New Jersey, Law Division, Burlington County. | Pending. |
| BBB Funding, L.L.C. v. Joseph Manna, John J. Mascari & John M. Mascari.<br><br>Case No. 10 L 003084 | Breach of Contract, Debt Collection. | Circuit Court of Cook County, Illinois. | Pending. |

| PNCEF, LLC v. Mascari, Post Press Production, Inc., et. al.<br><br>Case No. 10 L 009866 | Breach of Contract, Debt Collection. | Circuit Court of Cook County, Illinois. | Pending. |
|---|---|---|---|

**18.   Nature, location and name of business.**

| Business Name | Last Four Digits of FEIN | Address | Nature of Business | Beginning & Ending Dates |
|---|---|---|---|---|
| Post Press Production, Inc. | 6174 | 2601 Lively Blvd. Elk Grove Village, IL 60007 | Mail Insertion Business | April 2004 – July 2009 |
| Specialty Finishing Group, Inc. | 9207 | 1100 Touhy Avenue Elk Grove Village, IL 60007 | Book Bindery / Mail Insertion Business. | July 2009 – July 2010. |

**Prepared By:**
Timothy S. Newbold
THE LAW OFFICE OF TIMOTHY S. NEWBOLD
211 Waukegan Road, Suite 105
Northfield, Illinois  60093
Phone:        773/972-2215
Facsimile:    2866/702-8151
ARDC No.   6288454

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re   MASCARI, JOHN, J.   ,                     Case No. _____
           Debtor                                          Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Saxon Mortgage/Itasca Bank & Trust/Labor Solutions | **Describe Property Securing Debt:**<br>101 Deer Valley Drive, Deer Park, Illinois. |

Property will be *(check one)*:
    ☐ Surrendered            ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt            ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
    ☐ Surrendered            ☐ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one)*:
    ☐ Claimed as exempt            ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES      ❏ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES      ❏ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES      ❏ NO |

_____0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _2-18-2011_

_____
Signature of Debtor

_____
Signature of Joint Debtor

# United States Bankruptcy Court
## Northern District Of Illinois

In re:   **MASCARI, JOHN, J.**                              Case No.

        **Debtor(s)**                              Chapter:      **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,800.00
Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,800.00
Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . $____0.00

2.    The source of the compensation paid to me was:

| | |
|---|---|
| ☒ | Debtor |
| ☐ | Other: (Specify) |

3.    The source of compensation to be paid to me is:

| | |
|---|---|
| ☒ | Debtor |
| ☐ | Other: (Specify) |

4.    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
        c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings
        d. [Other provisions as needed]: Negotiations with secured creditors to reduce to market value; exemption planning as needed.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, any document retrieval services, credit counseling and financial management course fees, post-discharge credit repair, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions, motions to redeem or any other adversary proceeding, or preparation and filing of reaffirmation agreements and applications.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:      February 18, 2011                  /s/ Timothy S. Newbold
                                          Timothy S. Newbold, Attorney at Law
                                          211 Waukegan Road, Suite 105
                                          Northfield, Illinois  60093
                                          Phone: 773/972-2215
                                          ARDC No.  6288454

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:      MASCARI, JOHN, J.                |
                                             |     Case No.
                                             |
            Debtor.                          |     Chapter:      7
                                             |
                                             /

## VERIFICATION OF CREDITOR MATRIX

Under penalty of perjury, I (we) do hereby verify that the attached list of names and addresses of creditors is true and correct to the best of my (our) knowledge and belief.

Date:  2-18-2011

Signature of Debtor: _____

Signature of Co-Debtor: _____

Prepared By:

TIMOTHY S. NEWBOLD
**THE LAW OFFICE OF TIMOTHY S. NEWBOLD**
211 Waukegan Road, Suite 105
Northfield, Illinois  60093
Phone:      773/972-2215
Fax:        866/702-8151
ARDC:       6288454

AA Service Co.
550 Anthony Trail
Northbrook, IL  60062

Absolute Collection Service
421 Fayetteville Street
Suite 600
Raleigh, NC  27601

Acme Scale
1100 N. Villa Ave.
Villa Park, IL  60181

ADT Security, Inc.
2250 W. Pinehurst Blvd.
Suite 100
Addison, IL  60101

Allegra Print & Imaging
859 Oakton Street
Elk Grove Village, IL  60007

Allied Packing Systems & Supplies
P.O. Box 1100
Melrose Park, IL  60160

American Express
P.O. Box 0001
Los Angeles, CA  90096

American Express
P.O. Box 981537
El Paso, TX  79998

Amflex Packaging Corp.
3350 Main Street
Skokie, IL  60076

Andrews Paperboard, Inc.
1200 Pratt Blvd.
Elk Grove Village, IL  60007

Arpac Group
9511 W. River Street
Schiller Park, IL  60176

ASI Security, Inc.
9S086 S. Frontenac Road
Aurora, IL  60504

AT&T
P.O. Box 8100
Aurora, IL  60507

Avero Packaging Corp.
888 E. Belvidere Road
Unit 20
Grayslake, IL  60030

Balers, Inc.
5104 Thatcher Road
Downer's Grove, IL  60515

bank-serv PARTNERS, LLC
704 Adams Street, Suite A

Carmel, IN  46032

BBB Funding, L.L.C.
233 S. Wacker Drive
Chicago, IL  60606

BBH Financial Services
995 Dalton Avenue
Cincinnati, OH  45203

BCC Software
39093 Treasury Center
Chicago, IL  60694

Benson International
P.O. Box 15175
Newark, MJ 07192-5175

Best Buy / HSBC
P.O. Box 15524
Wilmington, DE  19850

B-N-E Plastic Products, Inc.
205 Collie Road
Calhoun, LA  71225

Borst & Collins, L.L.C.
Attorneys at Law
180 N. Stetson Ave., Suite 3050
Chicago, IL  60601

Bowe Bell Howell
P.O. Box 71297
Chicago, IL  60694

Bruce W. Craig, Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois  60606

Canon Financial Services, Inc.
P.O. Box 4004
Carol Stream, Illinois  60197

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL  60693

Canon Business Solutions - Central, Inc.
15004 Collections Center Drive
Chicago, IL  60693

Chicago Tribune
14889 Collections Center Drive
Chicago, IL  60693

Children's Physician Group, PC
P.O. Box 13367
Milwaukee, WI  53213

CINTAS #769
1201 W. St. Charles Road
Maywood, IL  60153

CitiMortgage, Inc.
P.O. Box 183040

Columbus, OH  43218

Combined Fluid Products Co.
805 Oakwood Road
Lake Zurich, IL  60047

Command Center
P.O. Box 951753
Dallas, TX  75395

Commonwealth Medical Labs
4228 Aiken Drive
Warrenton, VA  20187

Controlled Systems Corp.
28835 N. Herky Drive
Lake Bluff, IL  60044

Dahlgren Buckley Dement
7224 W. 60th Street
Summit, IL  60501

Data Intelligence Group
106 Mission Court
Franklin, TN  37067

Deluxe Business Checks
P.O. Box 742572
Cincinnati, OH  45274

Domestic Uniform Rental
4131 N. Ravenswood
Chicago, IL  60613

Eastman Kodak
1778 Solution Center
Chicago, IL  60677

eDoc Communications
P.O. Box 5977
Dept. 20-3022
Carol Stream, IL  60197

Environmental Futures
2210 W. Irving Park Road
Chicago, IL  60618

FedEx
P.O. Box 94515
Palatine, IL  60094

Frama Building Products
1105 W. National Ave.
Addison, IL  60101

Gateway Bookbinding Systems, Ltd.
P.O. Box 0559
Pembina, ND  58271

General Binding Corp.
P.O. Box 71361
Chicago, IL  60694

Genrty Manufacturing
85-3 Air Park Drive

Ronkonkoma, NY  11779

Goldsboro Emergency Medical S.P.
P.O. Box Drawer "K"
Goldsboro, NC  27533

Graybar Financial Services, LLC
22442 Network Place
Chicago, IL  60673

Groot Recycling & Waste
2500 Landmeier Road
Elk Grove Village, IL  60007

Hamilton Partners
300 Park Blvd.
Suite 500
Elk Grove, IL  60143

Industrial Staffing
2955 Eagle Way
Chicago, IL  60678

Itasca Bank & Trust Co.
308 W. Irving Park Road
Itasca, IL  60143

Jorson & Carlson, Inc.
1501 Pratt Blvd.
P.O. Box 796
Elk Grove Village, IL  60007

Komatsu Forklift of Chicago
P.O. Box 30279
Los Angeles, CA  90030

Kugler-Womako
P.O. Box 13317
Newark, NJ  07101

Labor Solutions, L.L.C.
729 Pinecrest
Prospect Heights, IL  60070

Gould & Ratner, L.L.P.
Attn: Mark D. Brookstein
222 N. LaSalle St., Suite 800
Chicago, IL  60601

Lamento Mailing Systems, Inc.
3219 N. Prospect
Superior Township, MI  48198

Lechner & Sons
420 Kingston Court
Mt. Prospect, IL  60056

Lloyd Machinery, Ltd.
P.O. Box 390
165 Huguenot Street
New Rochelle, NY  10802

Marlin Leasing
203 N. LaSalle Street, Suite 2310
Chicago, IL  60601

Mastermans
P.O. Box 411
11 C Street
Auburn, MA  01501

MBO America
400 Highland Drive
Westampton, NJ  08060

Medical Business Bureau
140 Renaissance Drive
Park Ridge, IL  60068

Meltzer, Purtill & Stelle, LLC
1515 E.  Woodfield Road
Suite 250
Schaumburg, IL  60173

Metropolitan Fiber
660 W. Grand Ave.
Chicago, IL  60610

Nicor Gas 16-87-70-5671-9
P.O. Box 0632
Aurora, IL  60507

Nicor Gas 48-50-39-3006-6
P.O. Box 0632
Aurora, IL  60507

Norpak, LLC
3830 Commerce Drive
St. Charles, IL  60174

North American
2101 Claire Court
Glenview, IL  60025

OCE
P.O. Box 856193
Louisville, KY  40285

Oak Trust Credit Union
P.O. Box 5051
Villa Park, IL  60181

Pack Smart
775 W. Belden Ave
Suite F
Addison, IL  60101

Peak Business Equipment
12882 Pennridge Drive
Bridgeton, MO  63044

Pediatric Specialists of the Northwest M.D.S.C.
5057 Shoreline Road
Lake Barrington, IL  60010

Pemco
3333 Crocker Ave.
P.O. Box 1146
Sheboygan, WI  53082

Personnel Concepts
P.O. Box 5750
Carol Stream, IL  60197

PII
70 E. Lake Street
Suite 540
Chicago, IL  60601

Pitney Bowes Global Financial Services, LLC
P.O. Box 856460
Louisville, KY  40285

Pitney Bowes Global Financial Services, LLC
P.O. Box 856390
Louisville, KY  40285

Pitney Bowes Global Financial Services, LLC
P.O. Box 856193
Louisville, KY  40285

Pitney Bowes Global Financial Services, LLC
1313 N. Atlantic Street
Floor 3
Spokane, WA  99201

Pitney Bowes, Postage by Phone
P.O. Box 856042
Louisville, KY  40285

Pitney Bowes, Inc.
37 Executive Drive
Danbury, CT  06810

PNCEF, LLC
c/o Robbins, Salomon & Patt
25 E. Washington, Suite 100
Chicago, IL  60602

Prime Telecommunications
5520 W. Touhy
Suite N
Skokie, IL  60077

Printing Industries of America
200 Deer Run Road
Sewickley, PA  15143

PVC Spiral Supply
123 E. 45th Street
Boise, ID  83714

Raymond Leasing Corporation
South Canal Street
P.O. Box 130
Greene, NY  13778

Remcal Products
2068 Bunnell Road
Warrington, PA  18976

Renz America Corp.
98 Almgren Drive
Agawam, MA  01001

R.J. Augustine
999 Plaza Drive
Suite 650
Schaumburg, IL   60173

Rob Ferrari
507 Claire Lane
Prospect Heights, IL 60070

Rose Exterminator
19 W. 050 North Ave.
Lombard, IL   60148

Saxon Mortgage Services
P.O. Box 54838
Los Angeles, CA   90054

Schirott & Luetkehans, P.C.
Attn: Bruce E. Garner
105 E. Irving Park Road
Itasca, IL   60143

Scott Office Systems, LLC
General Post Office
P.O. Box 27474
New York, NY   10087

Sears & Anderson Fire Ext. Serv.
245 Eric Drive
Palatine, IL   60067

Sharon R. Osterberg, LLC
10310 Fox Bluff Lane
Spring Grove, IL   60081

Sommers Construction
15N030 Walker Road
Hampshire, IL 60140

Staffing Network
3347 Eagle Way
Chicago, IL   60678

State Securities, PLC
Grange Drive, Hedge End
Southampton, SO30 2AF, United Kingdom
01489 775 600

SunLife Financial
P.O. Box 7247-0381
Philadelphia, PA   19170

TCB Mailing
1371 Howard Street
Elk Grove, IL   60007

The DigiCard Service Group, Inc.
51 Nassau Lane
Island Park, NY   11158

The Law Offices of Howard C. Sobel
Attn: Howard Sobel
507 Kresson Road
P.O. Box 1525
Voorhees, NJ   08043

The Royal Group
2318 Paysphere Circle
Chicago, IL  60674

Thompson Direct
2397 Von Esch Road
Unit K
Plainfield, IL  60586

Time Payment Corp.
10-M Commerce Way
Woburn, MA  01801

Time Payment Corp.
c/o CCA
2600 Central Ave., Suite N
Union City, CA  94587

Timely Courier
2301 Arthur Ave.
Suite 100
Elk Grove Village, IL  60007

Tobe Direct
9700 Park Plaza Ave.
Suite 210
Louisville, KY  40241

Tompkins Printing
5050 N. Rose Street
Schiller Park, IL  60176

Uline
Attn: Account Receiveable
2200 S. Lakeside Drive
Waukegan, IL 60085

U.S. Small Business Administration (SBA)
Attn: Bankruptcy Notification Dept.
6501 Sylvan Road, 2nd Floor
Citrus Heights, CA  95610

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA  18002

Verizon Wireless
P.O. Box 26055
Minneapolis, MN  55426

Village of Bensenville
700 W. Irving Park Road
Bensenville, IL  60106

Village of Bensenville
Dept. of Water
12 S. Center St.
Bensenville, IL  60106

Village of Elk Grove
901 Wellington Ave.
Elk Grove Village, IL  60007

Wayne Memorial Hospital

P.O. Box 8001
Goldsboro, NC   27533

Wilson Delivery
P.O. Box 507
Bensenville, IL   60106

ZWICKER & ASSOCIATES
7366 N LINCOLN AVE.
LINCOLNWOOD, IL 60712